IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEVIN ESPOSITO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO.: 1:16-CV-00720-TWT |
| M.T.I. RACING, INC. and | ) | |
| REESE COX, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties have reached a mutually agreeable resolution of this matter and hereby stipulate to the dismissal of this case with *prejudice*. The parties further stipulate that neither party will be deemed a prevailing party and each party will bear his/its own attorneys' fees, expenses, and costs.

Respectfully submitted this 28th day of July, 2016

**KEVIN ESPOSITO**

*/s/ V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504

**M.T.I. RACING, INC. and REESE COX**

*/s/ Jessica J. Wood*
Jessica J. Wood
Georgia Bar No. 328055
Robert E. Rigrish
Georgia Bar No. 605573
Robert D. Wildstein
Georgia Bar 758677

| | |
|---|---|
| Barrett & Farahany | Bodker, Ramsey, Andrews Winograd & Wildstein, PC |
| 1100 Peachtree Street<br>Suite 500<br>Atlanta, Georgia  30309<br>404.214.0120 | One Securities Centre<br>3490 Piedmont Road, Suite 1400<br>Atlanta, Georgia  30309<br>404.351.1615 |